UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAMS INTERNATIONAL CO., LLC,

    Plaintiff,

v.

NEW WEST MACHINE TOOL CORP.,

    Defendant.

                          /

Case No. 09-12516

Honorable Nancy G. Edmunds

## ORDER DENYING AS MOOT DEFENDANT'S MOTION TO STAY PROCEEDINGS [10]

This matter comes before the Court on Defendant's motion to stay proceedings in this action until the United States District Court for the District of Utah, Central Division, has an opportunity to consider a motion to dismiss or stay in the action filed in that Court by Defendant against Plaintiff. The Court finds that the facts and legal arguments are adequately presented and that the decision process would not be significantly aided by oral argument. Therefore, pursuant to Eastern District of Michigan Local Rule 7.1(e)(2), it is hereby ORDERED that the motion be resolved as submitted.

On September 29, 2009, Plaintiff submitted a notice informing the Court that the United States District Court for the District of Utah had issued a memorandum decision and order staying the Utah action pending a decision from this Court on Plaintiff's motion to compel arbitration, which is currently pending before the Court. Accordingly, there is no reason for a stay of this action, and Defendant's motion is DENIED AS MOOT.

SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: October 8, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 8, 2009, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager